| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) MO-99-CR-049 (02) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR08-0055 DLJ |

E-filing

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT WESTERN/TEXAS | DIVISION MIDLAND/ODESSA |
|---|---|---|
| FREDERICK LEON DEAN WESTERN DISTRICT OF TEXAS | NAME OF SENTENCING JUDGE THE HONORABLE ROYAL FURGESON | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/28/2007 — TO 03/27/2010 |

**OFFENSE**
COUNT ONE: AIDING AND ABETTING THE DISTRIBUTION OF A QUANTITY COCAINE BASE "CRACK" 21 U.S.C. §§ 841(a)(1) & U.S.C. 2

FILED FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____TEXAS_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF CALIFORNIA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-16-08
_____Date_____                                        _____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 5 2008
_____Effective Date_____                                        _____United States District Judge_____