UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL, ROOM 107
MIDLAND, TEXAS 79701-5217

WILLIAM G. PUTNICKI
CLERK OF COURT

February 19, 2008

U.S. District Clerk
Northern District of California
Internal Box 36060
San Francisco CA 94102-3434

RE:   USA v. Frederick Leon Dean
      Criminal Action MO-99-CR-049/ 4:08-cr00055

Dear Clerk:

    This is to advise you that the above listed criminalcase has been transferred to your court pursuant to an order of February 15, 2008. I have enclosed the signed, certified order of transfer along and docket sheet for filing in your court.

    You may access electronically filed documents for this case at our DCM CM/ECF web address: http//ecf.txwd.circ5.dcn. Use your courts' login and password to access the documents in the above listed case. Any documents not available electronically are enclosed in paper format.

    Please return a copy of this letter to our court showing your case assignment.

    Thank you for your cooperation in this matter.

Sincerely yours,

WILLIAM G. PUTNICKI, Clerk

By: _____
Deputy Clerk

:vtl

    I have received the above listed documents and have filed them in case number

_____ this _____ day of _____, 2007.

_____
Deputy Clerk

Case No: 7:99cr49    Filed: 02/15/08
PTSO: [TML]   PO: [WAB]    Doc. #257

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| MO-99-CR-049 (02) |

| DOCKET NUMBER (Rec. Court) |
|---|
| 0971  4:08CR00055-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| FREDERICK LEON DEAN<br>WESTERN DISTRICT OF TEXAS | WESTERN/TEXAS | MIDLAND/ODESSA |
|  | NAME OF SENTENCING JUDGE | |
|  | THE HONORABLE ROYAL FURGESON | |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 03/28/2007 | 03/27/2010 |

**OFFENSE**

COUNT ONE: AIDING AND ABETTING THE DISTRIBUTION OF A QUANTITY COCAINE BASE "CRACK" - 21 U.S.C. §§ 841(a)(1) & U.S.C. 2

FILED
FEB 15 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   NORTHERN DISTRICT OF CALIFORNIA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-16-08
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk, U.S. District Court

JAN 25 2008
Effective Date                       By _____ Deputy
                                     United States District Judge

FILED
JUL 21 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. MO99CR049 |
| | ) | |
| | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | [Vio: 21 U.S.C. § 841(a)(1)- |
| V. | ) | Possession With Intent to |
| | ) | Distribute Controlled Substance; |
| JIMMIE LEE PARKER | ) | 18 U.S.C. § 2 - Aid & Abet] |
| and | ) | |
| FREDERICK LEON DEAN, | ) | |
| | ) | |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2]

That on or about July 19, 1999, in the Western District of Texas, the Defendant,

JIMMIE LEE PARKER
and
FREDERICK LEON DEAN,

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute more than five (5) grams of cocaine base, "Crack", a Schedule II Narcotic Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
Deputy

JAMES WILLIAM BLAGG
United States Attorney

_____
JOHN S. KLASSEN
Special Assistant United States Attorney

A true copy of the original. I certify.
Clerk, U. S. District Court
By _____
Deputy

AO 245 S (Rev. 10/93)(W.D.Tx. Rev.2.0) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### MIDLAND/ODESSA DIVISION

FILED
MAR - 9 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.    Case Number    MO-99-CR-049-F (02)

FREDERICK LEON DEAN

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, FREDERICK LEON DEAN, was represented by Glen AAron.

The defendant was found guilty by a jury on Count(s) 1 of the Indictment on December 1, 1999. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841 & 18 U.S.C. 2 | Aiding and abetting the distribution of a quantity cocaine base "crack" | July 19, 1999 | 1 |

As pronounced on March 8, 2000, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 8th day of March, 2000.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

Defendant's SSN: 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
Defendant's Date of Birth: 03/25/74
Defendant's address: 21 El Captain Lane; Antioch, Ca 94509

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: FREDERICK LEON DEAN
Case Number: MO-99-CR-049-F (02)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seventy-one (71) months.

The Court makes the following recommendations to the Bureau of Prisons: that the defendant be committed to F.C.I., Dublin, California at the defendant's request; that the defendant participate in the Residential Drug Abuse Treatment Program (500 hour program) at the designated institution; that the defendant participate in job training programs at the designated institution; that the defendant participate in educational programs at the designated institution; and that the defendant participate in parenting programs at the designated institution.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
   Deputy Marshal

AO 245 S (Rev. 10/93)(W.D.TX. Rev. 2.0) Sheet 3 - Supervised Release

Defendant: FREDERICK LEON DEAN
Case Number: MO-99-CR-049-F (02)

Judgment--Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court as set forth on page 4 of this judgment; and shall comply with the following additional conditions:

1) The defendant shall submit to one drug test within 15 days of release from imprisonment, and at least two periodic drug tests thereafter, or as directed by the Probation Officer.

2) The defendant shall pay monthly child support of one hundred ($100.00) dollars to Jeri Brown for the support of Lakeeya Dean and one hundred ($100.00) dollars to Dusty Salazar for the support of Frederick Leon Dean, Jr. all three years of supervised release.

Case 4:08-cr-00055-DLJ   Document 2   Filed 02/25/2008   Page 7 of 16
Case 7:99-cr-00049-RAJ   Document 80   Filed 03/09/2000   Page 4 of 5

AO 245 S (Rev. 10/93)(W.D.TX. Rev. 2.0) Sheet 3a - Supervised Release

Judgment--Page 4 of 5

Defendant: FREDERICK LEON DEAN
Case Number: MO-99-CR-049-F (02)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

4) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.

5) The defendant shall report to the Probation Officer as directed by the Court or Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the Probation Officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

13) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer.

14) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

16) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 7 - Statement of Reasons

Judgment--Page 5 of 5

Defendant: FREDERICK LEON DEAN
Case Number: MO-99-CR-049-F (02)

## STATEMENT OF REASONS

The Court adopts the factual findings and guideline application in the presentence report, except the amount of cocaine base "crack" attributable to the defendant is more than 4 grams and less than 5 grams. Therefore, the Base Offense Level and the Total Offense Level is 24 with a Criminal History Category III.

**Guideline Range Determined by the Court:**
| | |
|---|---|
| Total Offense Level: | 24 |
| Criminal History Category: | III |
| Imprisonment Range: | 63 months to 78 months. |
| Supervised Release Range | 0 to 3 years |
| Fine Range: | $ 10,000 to 1,000,000 |
| Restitution: | $ |

The fine is waived because of the defendant's inability to pay.

The defendant is not assessed the cost of incarceration.

The sentence is within the guideline range and the Court finds no reason to depart from the sentence called for by application of the guidelines.

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
### CRIMINAL DOCKET FOR CASE #: 7:99-cr-00049-RAJ-2

## Internal Use Only

Case title: USA v. Parker, et al
Other court case numbers: 7:01-cv-00035 WDT-Midland
                                   7:01-cv-00041 WDT-Midland
                                   7:02-cv-00087 WDT-Midland
                                   :00- -50193 5th Circuit-dft 1,2

Date Filed: 07/21/1999

Assigned to: Judge Robert A. Junell

Appeals court case number: 00-50193

### Defendant (2)

**Frederick Leon Dean**
*TERMINATED: 08/27/2001*

represented by **Glen D. Aaron**
Law Office of Glen Aaron
3416 W. Wall
Midland, TX 79701
(432) 697-3291
Fax: 432/697-9754
*TERMINATED: 08/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE -
defendant, aided and abetted by
another, did possess with intent to
distribute more than 5 grams of "crack"
cocaine
(1)

### Disposition

It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 71 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____
                  Deputy

### Highest Offense Level (Opening)

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| None | |

| | | |
|---|---|---|
| **Plaintiff** | | |
| USA | represented by | **John S. Klassen**<br>U.S. Attorney's Office<br>400 West Illinois<br>Suite 1200<br>Midland, TX 79701-2548<br>(432)686-4110<br>Fax: 432/686-4131<br>Email: john.klassen2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark T. Roomberg**<br>Assistant U.S. Attorney<br>U.S. Department of Justice<br>601 NW Loop 410<br>Suite 600<br>San Antonio, TX 78216<br>(210) 384-7150<br>Fax: 210/384-7105<br>Email: mark.roomberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/1999 | | Arrest of Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 07/22/1999) |
| 07/21/1999 | | Case assigned to Hon. W. R. Furgeson Jr. (sm) (Entered: 07/22/1999) |
| 07/21/1999 | 1 | Indictment filed against Jimmie Lee Parker (1) count(s) 1, Frederick Leon Dean (2) count(s) 1 (Pages: 1) (sm) (Entered: 07/22/1999) |
| 07/21/1999 | | (Court only) Added for USA attorney John S. Klassen (sm) (Entered: 07/22/1999) |
| | | |

| 07/21/1999 | 2 | Order bench warrant issued for Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 07/22/1999) |
|---|---|---|
| 07/21/1999 |  | bench warrant issued for Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 07/22/1999) |
| 07/21/1999 | 4 | Motion by USA as to Jimmie Lee Parker, Frederick Leon Dean to detain defendant without bond (sm) Modified on 07/22/1999 (Entered: 07/22/1999) |
| 07/21/1999 | 3 | Standing Order of Referral to U.S. Magistrate on felony guilty/nolo plea as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 07/22/1999) |
| 07/21/1999 |  | Defendant(s) Jimmie Lee Parker, Frederick Leon Dean first appearance held; Defendant informed of rights. (sm) (Entered: 07/22/1999) |
| 07/21/1999 |  | (Court only) Added for Frederick Leon Dean attorney Glen D. Aaron Jr. (sm) (Entered: 07/22/1999) |
| 07/21/1999 |  | Arraignment as to Jimmie Lee Parker, Frederick Leon Dean set at 2:30 7/26/99 (sm) (Entered: 07/22/1999) |
| 07/21/1999 | 6 | Order of Temporary Detention as to Frederick Leon Dean ; Bond set to No Bond; setting Detention hearing for 2:30 7/26/99 (sm) (Entered: 07/22/1999) |
| 07/23/1999 | 8 | Filed CJA Form #20 copy #5 as to Frederick Leon Dean appointing Glen Aaron (sm) (Entered: 07/23/1999) |
| 07/26/1999 |  | Arraignment as to Frederick Leon Dean held (fe) (Entered: 07/27/1999) |
| 07/26/1999 |  | Defendant(s) Frederick Leon Dean appears with counsel (fe) (Entered: 07/27/1999) |
| 07/26/1999 |  | Plea of not guilty entered as to Frederick Leon Dean (fe) (Entered: 07/27/1999) |
| 07/26/1999 |  | Detention hearing for Frederick Leon Dean held (fe) (Entered: 07/27/1999) |
| 07/26/1999 | 9 | Witness list by USA as to Jimmie Lee Parker, Frederick Leon Dean (fe) (Entered: 07/27/1999) |
| 07/26/1999 | 10 | Order as to Jimmie Lee Parker, Frederick Leon Dean for discovery , and setting scheduling order deadlines: Deadline for filing of all motions by 8/26/99 for Jimmie Lee Parker, for Frederick Leon Dean (fe) (Entered: 07/27/1999) |
| 07/30/1999 |  | Detention hearing for Frederick Leon Dean held; waiting for information and availability at halfway house (sm) (Entered: 07/30/1999) |
| 07/30/1999 |  | (Court only) Excludable - XH started for Frederick Leon Dean (sm) (Entered: 07/30/1999) |
| 08/02/1999 | 12 | Order as to Frederick Leon Dean granting motion to detain defendant |

| | | |
|---|---|---|
| | | without bond [4-1] Bond reset to No Bond (sm) (Entered: 08/02/1999) |
| 08/04/1999 | 13 | bench warrant returned executed for Frederick Leon Dean on 7/19/99 (sm) (Entered: 08/04/1999) |
| 08/06/1999 | 15 | Motion by Frederick Leon Dean to reveal identity of informant (sm) (Entered: 08/06/1999) |
| 08/11/1999 | 16 | Order as to Frederick Leon Dean conditionally granting motion to reveal identity of informant [15-1] (sm) (Entered: 08/11/1999) |
| 08/27/1999 | 17 | Motion by Frederick Leon Dean to continue trial setting (sm) (Entered: 08/27/1999) |
| 09/03/1999 | | Docket call for Jimmie Lee Parker, Frederick Leon Dean held (fe) (Entered: 09/09/1999) |
| 09/03/1999 | | Motion in open court by Jimmie Lee Parker, Frederick Leon Dean to continue (fe) (Entered: 09/09/1999) |
| 09/03/1999 | | Jury selection for Jimmie Lee Parker, Frederick Leon Dean set 9:15 11/29/99 (fe) (Entered: 09/09/1999) |
| 09/03/1999 | | Jury trial for Jimmie Lee Parker, Frederick Leon Dean set at 9:00 11/29/99 (fe) (Entered: 09/09/1999) |
| 09/21/1999 | 18 | Order as to Jimmie Lee Parker, Frederick Leon Dean granting oral motion to continue [0-0], granting motion to continue trial setting [17-1] resetting Jury selection and trial to 9:15 11/29/99, and order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice (sm) (Entered: 09/21/1999) |
| 09/21/1999 | | Jury selection for Jimmie Lee Parker, Frederick Leon Dean resetting to 9:15 11/29/99 (sm) (Entered: 09/21/1999) |
| 11/10/1999 | 25 | Notice pursuant to Federal Rule of Evidence 404(b) by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/10/1999) |
| 11/17/1999 | 31 | Brady disclosure regarding confidential source by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/17/1999) |
| 11/18/1999 | 33 | Enhancement Information by USA as to Frederick Leon Dean (sm) (Entered: 11/18/1999) |
| 11/22/1999 | 35 | Government's Notice pursuant to F.R.E. 404(B) by USA as to Jimmie Lee Parker, Frederick Leon Dean (fe) (Entered: 11/22/1999) |
| 11/22/1999 | 41 | Motion by USA as to Jimmie Lee Parker, Frederick Leon Dean in limine (fe) (Entered: 11/23/1999) |
| 11/23/1999 | 40 | Filed CJA Form #20 copy #5 appointing Ian Cantacuzene for material witness A.W. (a minor). (fe) (Entered: 11/23/1999) |
| 11/23/1999 | 42 | Motion by Frederick Leon Dean to adopt co-defendant's motions, objections and instruction requests (fe) (Entered: 11/23/1999) |

| | | |
|---|---|---|
| 11/24/1999 | 43 | Order granting motion to adopt co-defendant's motions, objections and instruction requests [42-1] as to Frederick Leon Dean (2) (fe) (Entered: 11/24/1999) |
| 11/29/1999 | | Jury selection for Jimmie Lee Parker, Frederick Leon Dean held (sm) (Entered: 11/30/1999) |
| 11/29/1999 | | Voir dire begins for Jimmie Lee Parker (1) count(s) 1, Frederick Leon Dean (2) count(s) 1 ; Mooted motions: motion in limine [41-1], motion in limine [24-1] (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 45 | Jury roster as to Jimmie Lee Parker, Frederick Leon Dean filed (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 46 | Peremptory challenges by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 47 | Peremptory challenges by Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 48 | Jury seating arrangement as to Jimmie Lee Parker, Frederick Leon Dean filed (sm) (Entered: 11/30/1999) |
| 11/29/1999 | | Jury trial for Jimmie Lee Parker, Frederick Leon Dean resetting to 9:00 11/30/99 (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 49 | Proposed Exhibit list by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 50 | Witness list by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 11/30/1999) |
| 11/30/1999 | | Jury trial for Jimmie Lee Parker, Frederick Leon Dean begun (sm) (Entered: 12/01/1999) |
| 12/01/1999 | | Jury trial for Jimmie Lee Parker, Frederick Leon Dean held (sm) (Entered: 12/02/1999) |
| 12/01/1999 | | Motion in open court by Jimmie Lee Parker, Frederick Leon Dean oral for judgment of acquittal (sm) (Entered: 12/02/1999) |
| 12/01/1999 | | Oral order as to Jimmie Lee Parker, Frederick Leon Dean denying oral motion oral for judgment of acquittal [0-0] (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 55 | Exhibit list by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 56 | Witness list by USA as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 57 | Court's Jury instructions as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 58 | Jury notes #1 filed as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| | | |

| 12/01/1999 | 59 | Answer to Jury notes #1 filed as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| --- | --- | --- |
| 12/01/1999 | 60 | Jury notes #2 filed as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 61 | Jury notes #3 filed as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 62 | Exhibit list by Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/01/1999 | 64 | Jury verdict as to Frederick Leon Dean guilty count(s) 1 (sm) (Entered: 12/02/1999) |
| 12/01/1999 |  | Jury trial for Jimmie Lee Parker, Frederick Leon Dean concluded (sm) (Entered: 12/02/1999) |
| 12/01/1999 |  | Sentencing Jimmie Lee Parker (1) count(s) 1, Frederick Leon Dean (2) count(s) 1 set at 8:30 3/8/00 (sm) (Entered: 12/02/1999) |
| 12/02/1999 | 66 | Witness list by Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/02/1999) |
| 12/03/1999 |  | Miscellaneous hearing (Rule 29 - judgment of acquittal after discharge of jury) for Jimmie Lee Parker, Frederick Leon Dean set on 3:00 12/7/99 (sm) (Entered: 12/03/1999) |
| 12/06/1999 | 67 | Motion by Frederick Leon Dean to extend time to file motion for judgment of acquittal (sm) (Entered: 12/06/1999) |
| 12/06/1999 |  | Recived memorandum in support of motion for judgment of acquittal by Frederick Leon Dean (sm) (Entered: 12/06/1999) |
| 12/07/1999 |  | Miscellaneous hearing (hearing on Judgment of Acquittal after jury trial) for Jimmie Lee Parker, Frederick Leon Dean held (sm) (Entered: 12/08/1999) |
| 12/07/1999 |  | (Court only) Excludable - XH started for Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 12/08/1999) |
| 12/09/1999 | 68 | Order as to Frederick Leon Dean granting motion to extend time to file motion for judgment of acquittal [67-1] to December 20, 1999 (sm) (Entered: 12/09/1999) |
| 12/09/1999 | 69 | Motion by Frederick Leon Dean with memorandum in support for judgment of acquittal (sm) (Entered: 12/09/1999) |
| 01/18/2000 | 71 | Transcript filed as to Jimmie Lee Parker, Frederick Leon Dean for dates of December 3, 1999 (Rule 29 hearing) (sm) (Entered: 01/18/2000) |
| 02/01/2000 | 72 | Order as to Frederick Leon Dean denying motion for judgment of acquittal [69-1] (sm) (Entered: 02/01/2000) |
| 02/07/2000 | 73 | Filed CJA Form #24 copy #3 as to Jimmie Lee Parker, Frederick Leon Dean Authorization for Payment of Transcripts to Denver Roden for |

| | | |
|---|---|---|
| | | $92.65 (sm) (Entered: 02/07/2000) |
| 03/03/2000 | 76 | Order denying defendant Dean's Rule 29 motion for judgment of acquittal after jury verdict as to Jimmie Lee Parker, Frederick Leon Dean (sm) (Entered: 03/03/2000) |
| 03/08/2000 | 78 | SEALED DOCUMENT PLACED IN VAULT as to Frederick Leon Dean (sm) (Entered: 03/09/2000) |
| 03/08/2000 | | Sentencing held Frederick Leon Dean (2) count(s) 1. It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 71 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. (sm) (Entered: 03/09/2000) |
| 03/09/2000 | 80 | Judgment and Commitment as to , Frederick Leon Dean (2) count(s) 1 (Pages: 5) (sm) (Entered: 03/09/2000) |
| 03/10/2000 | 81 | Notice of appeal by Frederick Leon Dean (sm) (Entered: 03/10/2000) |
| 03/10/2000 | | Notice of appeal and certified copy of docket to USCA: as to Frederick Leon Dean appeal [81-1] (sm) (Entered: 03/10/2000) |
| 03/20/2000 | 84 | Order as to Frederick Leon Dean for appointment of counsel of Glen Aaron on appeal (sm) (Entered: 03/20/2000) |
| 03/21/2000 | | Return of appeal information sheet received. as to Frederick Leon Dean appeal [81-1] USCA NUMBER: 00-50193 (sm) (Entered: 03/21/2000) |
| 03/28/2000 | 86 | Appeal Transcript requested by Frederick Leon Dean appeal [81-1] ; Transcript due on 4/28/00 (sm) (Entered: 03/28/2000) |
| 04/27/2000 | 87 | Judgment and commitment returned executed as to , Frederick Leon Dean (2) count(s) 1 on 4/14/00, defendant delivered to F.C.I. Taft in California (sm) (Entered: 04/27/2000) |
| 06/22/2000 | 90 | Transcript filed by Jimmie Lee Parker, Frederick Leon Dean appeal [82-1], appeal [81-1] for dates of November 29, 1999 pretrial hearing, Appeal record due on 7/7/00 (sm) (Entered: 06/22/2000) |
| 06/22/2000 | 91 | Transcript filed by Jimmie Lee Parker, Frederick Leon Dean appeal [82-1], appeal [81-1] for dates of November 29, 1999 jury voir dire (sm) (Entered: 06/22/2000) |
| 06/22/2000 | 92 | Transcript filed by Jimmie Lee Parker, Frederick Leon Dean appeal [82-1], appeal [81-1] for dates of November 30, 1999 jury trial (volume 1 of 2) (sm) (Entered: 06/22/2000) |
| 06/22/2000 | 93 | Transcript filed by Jimmie Lee Parker, Frederick Leon Dean appeal [82-1], appeal [81-1] for dates of November 31, 1999 jury trial (volume 2 of 2) (sm) (Entered: 06/22/2000) |
| 06/22/2000 | 95 | Transcript filed by Frederick Leon Dean appeal [81-1] for dates of March 8, 2000 sentencing (sm) (Entered: 06/22/2000) |

| | | |
|---|---|---|
| 06/23/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Jimmie Lee Parker, Frederick Leon Dean appeal [82-1], appeal [81-1] (sm) (Entered: 06/23/2000) |
| 03/14/2001 | 100 | Judgment that motions to vacate be dismissed as premature as appeal is pending before 5th Circuit (Pages: 1) (sm) (Entered: 03/14/2001) |
| 08/27/2001 | 102 | Certified copy of judgment of USCA as to Frederick Leon Dean affirming count(s) 1 appeal [81-1] (sm) (Entered: 08/27/2001) |
| 08/27/2001 | | Record on appeal returned from U.S. Court of Appeal as to Jimmie Lee Parker, Frederick Leon Dean : appeal [82-1], appeal [81-1] (sm) (Entered: 08/27/2001) |
| 08/27/2001 | | (Court only) Terminated pending appeal as to Jimmie Lee Parker, Frederick Leon Dean terminating appeal [82-1], terminating appeal [81-1] (sm) (Entered: 08/27/2001) |
| 09/05/2001 | | SEALED PSI as to Frederick Leon Dean returned to Probation Office (sm) (Entered: 09/05/2001) |
| 03/04/2003 | 111 | Order reassigning case to the docket of Robert Junell as to Jimmie Lee Parker, Frederick Leon Dean signed by Hon. W. R. Furgeson Jr. (sm) (Entered: 03/04/2003) |
| 04/03/2003 | 113 | Order reassigning case to the docket of Judge Robert Junell as to Jimmie Lee Parker, Frederick Leon Dean signed by Hon. W. R. Furgeson Jr. (sm) (Entered: 04/03/2003) |
| 04/03/2003 | | (Court only) Added for USA attorney Mark T. Roomberg (sm) (Entered: 04/03/2003) |
| 04/03/2003 | | Case reassigned from Hon. W. R. Furgeson Jr. to Judge Robert A. Junell (sm) (Entered: 04/03/2003) |
| 08/05/2003 | 127 | Probation Form 12 as to Frederick Leon Dean (2) count(s) 1; modifying conditions of supervised release (sm) (Entered: 08/05/2003) |
| 02/15/2008 | 257 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Frederick Leon Dean Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (vt, ) (Entered: 02/15/2008) |