# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

FILED
APR 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Petition for Arrest Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Frederick Leon Dean | Docket No.: | CR 08-0055-01 DLJ |

Name of Sentencing Judge:   Royal Ferguson
United States District Judge

Date of Original Sentence:   March 8, 2000

Original Offense:
Count One: Aiding and Abetting the Distribution of a Quantity of Cocaine Base "Crack", 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, a Class B felony

Original Sentence: The defendant was committed to the custody of the United States Bureau of Prisons for a total term of seventy-one (71), three years supervised release to follow.

Special Conditions: special assessment $100.00; pay child support.

On August 5, 2003, the offender's conditions of supervision were modified by the Western District of Texas to include drug aftercare, no association with "Boys In The Hood" or "Crips" gangs, and search.

Jurisdiction was transferred to the Northern District of California on January 25, 2008.

Type of Supervision: Supervised Release        Date Supervision Commenced: March 28, 2007
Assistant U.S. Attorney: N/A                              Defense Counsel: N/A

*[margin handwritten: cc TO PROBATION]*

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Richard A. Brown, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

Frederick Leon Dean  Page 2
CR 08-0055-01 DLJ

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that he not commit another federal, state or local crime and shall not illegally possess a controlled substance. |

According to an Antioch, California Police Department arrest report, on December 3, 2007, the offender was arrested by the Antioch Police Department for Possession of a Controlled Substance (Methamphetamine) after an officer responded to a local park following a report of gunshots fired. The officer made contact with the offender at the park who consented to a search of his person. Found in the offender's pockets was approximately .05 grams of Methamphetamine and $366 in cash. This matter is pending in the Contra Costa County Superior Court.

Evidence to support this charge are outlined in the Antioch Police Department report number 07-012225.

Frederick Leon Dean                                                                              Page 3
CR 08-0055-01 DLJ

Two            There is probable cause to believe that the offender violated the standard condition that he not commit another federal, state or local crime and shall not illegally possess a controlled substance.

According to an Antioch, California Police Department arrest report, on February 5, 2008, the offender was arrested for the following offenses: Possession of Cocaine Base for Sale; Resisting Arrest; Assault with Deadly Weapon Other Than Firearm; Possession of a Controlled Substance for Sale; Battery Against an Officer; and Transportation of a Controlled Substance.

On the aforementioned date, the offender was stopped by Antioch Police for not having a front license plate. The officer asked Mr. Dean if he was on probation or parole and he stated he was and consented to a search. Upon a search of the offender, the officer located what he believed to be rock cocaine in the offender's back pocket. As the officer handed the suspected cocaine to his partner, the offender broke free from his grasp and fled on foot. A foot pursuit ensued before the officer was able to catch the offender and bring him to the ground. Mr. Dean began punching and kicking at the officer, ignoring the officers orders to stop resisting. The officer was able to force the offender onto his stomach where the offender continued to try and punch the officer, making contact with the officer's forehead on a couple of occasions. In addition, Mr. Dean attempted to stab the officer with a branch the size of a pencil that was lying on the ground next to them during the struggle. A backup officer arrived and they were able to take the offender into custody. In total, approximately 1.29 grams of methamphetamine and 0.4 grams of cocaine was found on Mr. Dean. The offender is presently in custody in the Contra Costa County Jail with the charges pending.

Evidence to support this charge are outlined in the Antioch Police Department arrest report # 08-001272.

Address of offender:        841 Robinson Street #C
                            Martinez, CA 94553

Based on the foregoing, there is probable cause to believe that Frederick Leon Dean violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Richard A. Brown
U.S. Probation Officer Specialist
Date Signed: March 28, 2008

Approved as to form:

_____
Daniel Zurita
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant
☐ Other:

_____April 1, 2008_____          _____
Date                                      D. Lowell Jensen
                                          Senior United States District Judge

NDC-SUPV-FORM 12C(2) 03/23/05